UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>TREVOR TELSAINT, *et al.*,<br><br>   Defendants. | CASE NO.: 19-20767-CR-COOKE<br><br>**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING AND EXTEND DEADLINE** |

**COMES NOW** TREVOR TELSAINT, by and through his undersigned counsel, and respectfully requests this Court continue his May 20, 2020, Sentencing, and extend the deadline for parties to object to his Presentence Investigation Report, and as grounds therefor states as follows:

  1) The Defendant on February 26, 2020, pleaded guilty to Conspiracy to Commit Carjacking, and Brandishing a Firearm in Furtherance of a Crime of Violence. [D.E. 23]. This Court set Sentencing for May 20, 2020. [D.E. 24].

  2) On March 5, 2020, the undersigned was present for the Defendant's Presentence Investigation interview, in the Federal Detention Center. Due to measures subsequently taken to mitigate the global COVID-19 pandemic, this was the undersigned's last contact with the Defendant.

  3) The draft Presentence Investigation Report was provided to the parties on April 8, 2020. [D.E. 31]. Fed. R. Crim. P. 32(f) provides a April 22, 2020, deadline for the Defendant to file objections to the report. At this time, the undersigned has no ability to discuss the report's content with the Defendant. In fact, there exists no means to even provide the Defendant with a copy. *See* Federal Bureau of Prisons, "Mail Management Manual" at 28 ("Pre-sentence Investigation Reports . . . received through the mail will be considered contraband and will be rejected.").

  4) The undersigned currently lacks an ability to meaningfully discuss the contents of the Presentence Report, and cannot intelligently object to its contents before April 22.

5)      Similarly, the undersigned needs an opportunity to consult with the Defendant to discuss matters to be brought to the Court's attention at Sentencing.  Limitations on inmate contact make such a consultation impossible.

6)      Further, at Sentencing, the Defendant wishes to address the Court, as do several members of his local family.  Local administrative order 2020-23 suspended until June 26, 2020, all in-person felony Sentencing hearings unless they "cannot be further delayed without serious harm to the interests of justice" and must be conducted via videoconference.  There exists no apparent harm in postponing the Defendant's Sentencing, and he seeks an opportunity for him and his family to address this Court in person.

7)      The Government, through A.U.S.A. Michael Homer, does not object to the instant motion.

**WHEREFORE**, the Defendant requests that this Court order a continuance of his May 20, 2020, Sentencing, and extend the Rule 32(f) deadline to object to his draft Presentence Investigation Report.

*/s/ Carter T. Hillstrom*
CARTER T. HILLSTROM
Attorney for the Defendant
Florida Bar # 26211
612 SE 5th Ave., Suite 4
Fort Lauderdale, FL 33301
(954) 667-9267
(954) 462-7237 FAX
carter@carterhillstrom.com

**[CERTIFICATE OF SERVICE FOLLOWS ON NEXT PAGE]**

- 3 -

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by the CM/ECF system on April 17, 2020, on all counsel or parties of record on the Service List below.

/s/ *Carter T. Hillstrom*
CARTER T. HILLSTROM

SERVICE LIST:
Ellen D'Angelo
ellen.d'angelo@usdoj.gov
United States Attorney's Office
99 N.E. 4th St.
Miami, FL 33132
(305) 961-9461
Attorney for Plaintiff, United States of America

Michael B. Homer
michael.homer@usdoj.gov
United States Attorney's Office
99 N.E. 4th St.
Miami, FL 33132
(305) 961-9289
Attorney for Plaintiff, United States of America

Andrew Rier
lawoffice@rierlaw.com
10800 Biscayne Blvd., Suite 750
Miami, FL 33161
(305) 899-1212
Attorney for co-Defendant, Frankel Antwan Theodore